# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JESSE ALAN WALKER,**

   *Plaintiff*,

v.                                                       Case No.: 4:22cv10-MW/MAF

**RICKY D. DIXON, et al.,**

   *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 55. Upon consideration, no objections having been filed by the parties,

   **IT IS ORDERED:**

The report and recommendation, ECF No. 55, is **accepted and adopted** as this Court's opinion. Defendant Marchant's motion to set aside the default, ECF No. 52, is **GRANTED**. The Clerk shall set aside the default entered against Defendant Marchant and remand this case to the Magistrate Judge for further proceedings.

   **SO ORDERED on August 16, 2022.**

                                                            s/Mark E. Walker           
                                                            **Chief United States District Judge**