IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**JESSE ALAN WALKER,**

    *Plaintiff*,

v.                                                  Case No.: 4:22cv10-MW/MAF

**RICKY D. DIXON, et al.,**

    *Defendants.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 60, and has also reviewed *de novo* Plaintiff's motion, ECF No. 61, construed as objections to the report and recommendation and as a motion for leave to amend his complaint. Plaintiff asserts he is not opposed to streamlining his claims in an amended complaint if this Court grants him leave to amend.

   Accordingly,

   **IT IS ORDERED**:

The report and recommendation, ECF No. 60, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendants' motion to dismiss, ECF No. 43, is **GRANTED in part and DENIED in part**. Plaintiff's section 1983

claims against Defendants Ricky Dixon, Mark Inch, and Assistant Warden Brown are **DISMISSED without prejudice**, but Plaintiff may proceed with his failure-to-protect claim against Defendant Gould.

In addition, Plaintiff's motion for leave to amend, ECF No. 61, is **GRANTED.** Plaintiff has leave to file an amended complaint to streamline his allegations, and he should take note of the Report and Recommendation when drafting his amended complaint to clarify and focus his claims. Plaintiff must file his amended complaint **on or before Friday, November 18, 2022**. Defendant Gould shall not be required to answer until after Plaintiff has filed an amended complaint. The Clerk shall refer this case to the Magistrate Judge for further proceedings consistent with this Order.

**SO ORDERED on November 3, 2022.**

s/Mark E. Walker
**Chief United States District Judge**